IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMY EARL HALL, # 103508, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 1:13-cv-229-WHA |
| | )   (WO) |
| | ) |
| CARTER DAVENPORT & LUTHER STRANGE, | ) |
| | ) |
|    Respondents. | ) |

## **JUDGMENT**

In accordance with the Order entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner and this case is Dismissed with prejudice.

Done this 23rd day of September, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE